**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CIVIL ACTION** |
| : | |
| **v.** : | **NO.   17-3710** |
| : | |
| **KENT M. OZMAN** : | |

# O R D E R

**AND NOW,** this 27TH day of October, 2017, it is **ORDERED** that a **PRETRIAL CONFERENCE (RULE 16)** shall be held on <u>**Monday, December 4, 2017 at 1:30 p.m.**</u>, in the <u>**Philadelphia Chambers of Judge Jeffrey L. Schmehl, Room 3041, U. S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania,**</u>

**IT IS FURTHER ORDERED** as follows:

1. The parties shall make the required initial disclosures under Fed. R.Civ. P. 26(a) within 20 days of the date of this Order;
2. The parties shall commence discovery **immediately**;
3. After consultation with counsel for all parties, counsel shall complete and submit the required Joint Status Report pursuant to Rule 26 (f);
4. Counsel shall follow Judge Schmehl's Policies and Procedures which can be found at <u>www.paed.uscourts.gov</u>.

                                                    **BY THE COURT:**


                                                    <u>**/s/ Jeffrey L. Schmehl**</u>
                                                    **JEFFREY L. SCHMEHL, J.**