UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                                    Plaintiff<br><br>vs.<br><br>KENT M. OZMAN a/k/a KENT OZMAN<br><br>                                    Defendant(s) | CIVIL NO. 17-03710 |

### CERTIFICATE OF SERVICE

    I, Rebecca A. Solarz, Esquire, here by certifies that the foregoing Rule 26 Disclosures has been served by first class mail, postage pre-paid, upon the parties listed below on November 6, 2017.

Andrew J. Katsock, Attorney for Defendant
15 Sunrise Drive
Wilkes-Barre, PA 18705

                                  Respectfully submitted,

                                  KML Law Group, P.C.

                                  By: _____
                                  Rebecca A. Solarz, Esquire
                                  Pennsylvania Attorney I.D. No. 315936
                                  Suite 5000 – BNY Independence Center
                                  701 Market Street
                                  Philadelphia, PA  19106-1532
                                  (215) 825-6327
                                  mailto: Rsolarz@kmllawgroup.com