**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CIVIL ACTION |
| | : | |
| **v.** | : | NO.   17-3710 |
| | : | |
| **KENT M. OZMAN** | : | |

**O R D E R**

**AND NOW,** this **7ᵗʰ** day of December, 2017, following a Rule 16 conference with counsel, it is **ORDERED** that:

1. All fact discovery shall be completed by no later than April 4, 2018.

2. A status conference shall be held on April 9, 2018, at 2 p.m., at the US Courthouse, Room 3041, 601 Market Street, Philadelphia, Pa..

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**