**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.   17-3710 |
| | : | |
| **KENT M. OZMAN** | : | |

## O R D E R

**AND NOW,** this 22nd day of March, 2018, it is **ORDERED** that status conference previously scheduled for April 9, 2018 is rescheduled for **Monday, April 16, 2018 at 2:00 p.m.**, in the Philadelphia Chambers of Judge Jeffrey L. Schmehl, United States Courthouse, Room 3041, 601 Market Street, Philadelphia, Pennsylvania..

**BY THE COURT:**


**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**