IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.   17-3710** |
| | : | |
| **KENT M. OZMAN** | : | |

## O R D E R

**AND NOW,** this **16th** day of April, 2018, it is hereby **ORDERED** that this matter is **REFERRED** to United States Magistrate Judge Henry S. Perkin for the purpose of scheduling and conducting a settlement conference.

**BY THE COURT:**


/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**