IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CIVIL ACTION** |
| : | |
| **v.** : | **NO.   17-3710** |
| : | |
| **KENT M. OZMAN** : | |

# O R D E R

**AND NOW,** this **16th** day of April, 2018, following a status conference with counsel, it is **ORDERED** that:

1. A telephonic settlement conference shall be held on May 21, 2018 at 2 P.M. Counsel for the plaintiff shall initiate the call by calling defense counsel and Christopher Lyding, law clerk assigned, at 267-299-7562 and then calling chambers at 610-320-5099.
2. Any dispositive motions shall be filed by no later than June 29, 2018.
3. A final pretrial conference shall be held on September 5, 2018, at 2:30 p.m., at the Reading Station, the Madison Building, 400 Washington Street, Reading, Pa.
4. Jury selection shall commence on September 24, 2018, at 9:30 a.m., at the U.S. Courthouse, 601 Market Street, Philadelphia, Pa.
5. Trial shall commence on September 25, 2018 at the Reading Station.

BY THE COURT:


/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**