# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

vs.

CIVIL NO. 17-03710

KENT M. OZMAN a/k/a KENT OZMAN

    Defendants

**CASE FILE COPY**

## ORDER

AND NOW, this 1st day of MAY, 2018, upon consideration of Plaintiff's Motion to Amend the Scheduling Order dated April 16, 2018, it is hereby

ORDERED and DECREED that Line 4 of the Scheduling Order, referring to the timing of jury selection, is removed, as there has been no timely jury demand in this case.

_____ J.