# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 17-3710** |
| | : | |
| **KENT M. OZMAN** | : | |

## O R D E R

**AND NOW,** this 22nd day of May, 2018, following a telephonic status conference with counsel, it is **ORDERED** that:

1. A telephonic settlement conference shall be held on June 18, 2018, at 10:30 a.m. Counsel for the plaintiff shall initiate the call by calling defense counsel and Christopher Lyding, law clerk assigned, at 267-299-7562 and then calling chambers at 610-320-5099.

2. Any dispositive motions shall be filed by no later than June 29, 2018.

3. A final pretrial conference shall be held on September 5, 2018, at 2:30 p.m., at the Reading Station, the Madison Building, 400 Washington Street, Reading, Pa.

4. The non-jury trial previously scheduled for September 25, 2018 shall now commence on Tuesday, October 9, 2018, at 10:00 a.m., at the Reading Station.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**