IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CIVIL ACTION |
| | : |
| **v.** | : NO.    17-3710 |
| | : |
| **KENT M. OZMAN** | : |

## NOTICE

**AND NOW,** this 11th day of June, 2018, **PLEASE TAKE NOTICE** that the following are cancelled:

Telephone Conference – June 18, 2018 at 10:30 a.m.

Final Pretrial Conference – September 5, 2018 at 2:30 p.m.

Non-Jury Trial – October 9, 2018 at 10:00 a.m.

**KATE BARKMAN, Clerk of Court**


BY:  **/s/ Barbara A. Crossley**
     **Barbara A. Crossley,**
     **Deputy Clerk to Judge Schmehl**