# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff<br><br>  v.<br><br>KENT M. OZMAN a/k/a KENT OZMAN,<br><br>       Defendant | Civil Action No. 5:17-cv-03710 |

## STIPULATED ORDER OF CONDITIONAL DISMISSAL

It appearing to this Court that the parties hereto have agreed to resolve the litigation pending between them, and they have stipulated to the entry of the within Order of Conditional Dismissal;

IT IS ORDERED that the above captioned litigation is hereby dismissed, said dismissal being conditioned upon the terms of a Compromise and Settlement Agreement between Plaintiff, United States of America, and Defendant, KENT M. OZMAN a/k/a KENT OZMAN.

IT IS FURTHER ORDERED that should the Defendant fail to comply with any of the terms of the Compromise and Settlement Agreement, this Order of Conditional Dismissal shall be set aside upon the filing by Plaintiff of an Affidavit of Non-Compliance, and a Consent Judgment shall be entered against Defendant.

BY THE COURT:

Date: July 31, 2018

              /s/ Jeffrey L. Schmehl
              JEFFREY L. SCHMEHL
              United States District Court Judge