# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| vs. | : |
| KENT M. OZMAN a/k/a KENT OZMAN, | : |
| Defendant | : No. 17-3710 |

## NOTICE OF DEATH

**********************************************************************

The death of KENT M. OZMAN a/k/a KENT OZMAN, the Defendant in the above captioned matter action during the pendency of this action, is noted upon the record.

Respectfully submitted,

*Andrew J. Katsock, III* /s/
_____
Andrew J. Katsock, III, Esquire
Attorney for the Deceased Party
15 Sunrise Drive
Wilkes-Barre, PA 18705
(570) 829-5884

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| vs. : | |
| : | |
| KENT M. OZMAN a/k/a KENT OZMAN, : | |
| : | |
| Defendant : | No. 17-3710 |
| : | |

**CERTIFICATE OF SERVICE**

I, ANDREW J. KATSOCK, III, ESQUIRE, certify that I served a true and correct copy of the within NOTICE OF DEATH on the following party, by electronic (ECF) filing on December 4, 2019, which service satisfies the requirements of the Federal Rules of Civil Procedure, to:

Rebecca A. Solarz, Esquire
Attorney for Plaintiff
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532


*Andrew J. Katsock, III* /s/
_____
**Andrew J. Katsock, III, Esquire**
**Attorney for the Deceased Party**
15 Sunrise Drive, Wilkes-Barre, PA  18705
(570) 829-5884          ajkesq@comcast.net

2